IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-000015-WJM-MJW

(Consolidated with Civil Action Nos. 12-cv-000016, 12-cv-000017, 12-cv-000018 and 12-cv-000129)

BRIAN DEMAESTRI

    Plaintiff,

v.

STA INTERNATIONAL,

    Defendant,

v.

ENHANCED RECOVERY COMPANY, LLC,
MERCHANTS CREDIT GUIDE COMPANY,
PINNACLE CREDIT SERVICES, LLC, and
ASSET ACCEPTANCE CAPITAL CORP.

    Consolidated Defendants.

---

**ORDER GRANTING MOTION FOR DISMISSAL**

---

    This matter comes before the Court on Plaintiff's Motion to Dismiss Party Defendant Enhanced Recovery Company, LLC filed February 10, 2012 (ECF No. 10). The Court construes Plaintiff's motion as a Motion to Dismiss Civil Action 12-cv-000018-WJM-MJW.  The Court having reviewed the Motion and being fully advised ORDERS as follows:

    The Plaintiff's motion is GRANTED.  Civil Action 12-cv-000018-WJM-MJW is hereby DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's

fees and costs.

It is further ORDERED that the caption of the remaining consolidated action (12-cv-000015-WJM-MJW) shall be modified as follows:

_____

Civil Action No. 12-cv-000015-WJM-MJW

(Consolidated with Civil Action Nos. 12-cv-000016, 12-cv-000017 and 12-cv-000129)

BRIAN DEMAESTRI

    Plaintiff,

v.

STA INTERNATIONAL,

    Defendant,

v.

MERCHANTS CREDIT GUIDE COMPANY,
PINNACLE CREDIT SERVICES, LLC, and
ASSET ACCEPTANCE CAPITAL CORP.

    Consolidated Defendants

_____

The Clerk of Court and all Parties are DIRECTED to use the above caption in all future filings in this consolidated case.

Dated this 17th day of February, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge